Marc J. Randazza (Nevada Bar No. 12265)
Ronald D. Green (Nevada Bar No. 7360)
RANDAZZA LEGAL GROUP
mjr@Randazza.com
rdg@Randazza.com
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662
www.Randazza.com

Attorneys for Plaintiff,
*BBIP, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANGBROS.COM, INC., a Florida corporation; and BBIP, LLC, a Florida Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JAY THOMAS, an individual; and STRATIS MARKETING SOLUTIONS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 2:12-cv-01318-LRH -CWH<br><br>**Plaintiffs' Notice of Voluntary Dismissal of All Defendants** |

Plaintiffs, BANGBROS.COM, INC., and BBIP, LLC (collectively, "BangBros"), by and through their undersigned counsel, respectfully file this Notice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  BangBros voluntarily dismisses **with prejudice** Defendants JAY THOMAS and STRATIS MARKETING SOLUTIONS, INC., from the above-captioned action. As all defendants have been dismissed, BangBros suggests that this Action is now fully terminated.

\\

\\

\\

Dated September 20, 2012

Respectfully Submitted,

RANDAZZA LEGAL GROUP

*s/ Ronald D. Green*
Marc J. Randazza
Ronald D. Green

Attorneys for Plaintiffs,
*BangBros.com, Inc., and BBIP, LLC*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Randazza Legal Group and that on this 20 day of September, 2012, I caused the document(s) entitled:

**Plaintiffs' Notice of Voluntary
Dismissal of All Defendants**

and all attachments to be served by the Court's CM/ECF system.

/s/ Ronald D. Green
Ronald D. Green

Randazza
Legal Group
6525 W. Warm Springs
Road
Suite 100
Las Vegas, NV 89118
(888) 667-1113